JUDGE PATTERSON

08 CIV 5610

336-08/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SOLOMON SEA ENTERPRISES S.A.,                    08 CV

                        Plaintiff,               **RULE 7.1 STATEMENT**

        -against-

ENERGY SHIPPING S.P.A.,
                        Defendant.
-----------------------------------------------------------x

    Plaintiff, SOLOMON SEA ENTERPRISES S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
      June    , 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              SOLOMON SEA ENTERPRISES S.A.

             By: _____
                             Peter J. Gutowski (PG 2200)
                             Pamela L. Schultz (PS 8675)
                             80 Pine Street
                             New York, NY 10005
                             Telephone: (212) 425-1900
                             Facsimile: (212) 425-1901

NYDOCS1/307098.1